CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
JAMES A. BLUM
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Blum@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY LLC, SERIES 1003 DOVER GLEN DRIVE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and ANDREA T. MARTINEZ, ACTING UNITED STATES ATTORNEY,<br><br>Defendants. | 2:21-cv-02108-APG-DJA<br><br>**Stipulation for Extension of Time to File Answer or Responsive Pleading to Complaint**<br>**(First Request)** |

The United States of America ("United States") and Plaintiff Saticoy Bay LLC, Series 1003 Dover Glen Drive ("Saticoy Bay") (collectively referred to as "the Parties"), through their respective undersigned counsel, have conferred and hereby stipulate to extend the United States responsive pleading deadline to **Friday, February 11, 2022** for scheduling and administrative reasons.

/ / /

/ / /

/ / /

/ / /

The extension is not sought for any improper or dilatory purpose, and nothing in this extension should be construed to waive any defenses or objections available to the United States. This is the first request for an extension of time.

Respectfully submitted this 2nd day February 2022.

| LAW OFFICE OF MICHAEL F. BOHN | CHRISTOPHER CHIOU |
|---|---|
| | Acting United States Attorney |
| /s/ Michael F. Bohn | |
| MICHAEL F. BOHN, ESQ | /s/ James A. Blum |
| 2260 Corporate Circle, Suite 480 | JAMES A. BLUM |
| Henderson, Nevada 89074 | Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for United States* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 3, 2022