1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   LAW OFFICES OF
3  MICHAEL F. BOHN, ESQ., LTD.
   2260 Corporate Circle, Suite 480
4  Henderson, Nevada 89074
   (702) 642-3113/ (702) 642-9766 FAX
5
   Attorney for plaintiff
6
                        UNITED STATES DISTRICT COURT
7
                              DISTRICT OF NEVADA
8

| | |
|---|---|
| SATICOY BAY LLC., SERIES 1003 DOVER GLEN DRIVE<br><br>         Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and ANDREA T. MARTINEZ, ACTING UNITED STATES ATTORNEY<br><br>         Defendants | CASE NO.: 2:21-cv-02108- APG-DJA<br><br><br><br>**STIPULATION AND ORDER TO TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>**FIRST REQUEST** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Saticoy Bay LLC Series 1003 Dover Gen Drive by and through its attorney, Michael F. Bohn, Esq. and defendant United States of America and through its attorney, Mark E. Woolf, Esq, that plaintiff Saticoy Bay shall have until

/ / /

/ / /

/ / /

1

March 4, 2022 to file it's opposition to the United States' motion to dismiss (ECF 7)

    This is the first extension for this brief.

    DATED this 23rd day of February 2022

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ. LTD. | UNITED STATES ATTORNEY |
|---|---|
| By: /s/ *Michael F. Bohn, Esq.*<br>    Michael F. Bohn, Esq.<br>    2260 Corporate Circle, Suite 480<br>    Henderson, Nevada 89074<br>    Attorney for defendant Saticoy Bay | By: /s/ / *Mark E. Woolf Esq.*/<br>    Mark E. Woolf, Esq.<br>    501 Las Vegas Boulevard So., # 1100<br>    Las Vegas, Nevada 89101<br>    Attorney for defendant United States |

    IT IS SO ORDERED this  28th  day of February 2022

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ *Michael F. Bohn, Esq.*
    Michael F. Bohn, Esq.
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074
    Attorney for defendant Saticoy Bay