1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   LAW OFFICES OF
3  MICHAEL F. BOHN, ESQ., LTD.
   2260 Corporate Circle, Suite 480
4  Henderson, Nevada 89074
   (702) 642-3113/ (702) 642-9766 FAX
5
   Attorney for plaintiff
6
                        UNITED STATES DISTRICT COURT
7
                              DISTRICT OF NEVADA
8

9  SATICOY BAY LLC., SERIES 1003 DOVER      CASE NO.: 2:21-cv-02108- APG-DJA
   GLEN DRIVE
10          Plaintiff,

11  vs.
                                            **STIPULATION AND ORDER TO TO
12  UNITED STATES OF AMERICA, and           EXTEND TIME TO FILE OPPOSITION
    ANDREA T. MARTINEZ, ACTING UNITED       TO MOTION TO DISMISS**
13  STATES ATTORNEY
                                            **SECOND  REQUEST**
14          Defendants

15      IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Saticoy Bay LLC

16  Series 1003 Dover Gen Drive by and through its attorney, Michael F. Bohn, Esq. and defendant United

17  States of America  and through its attorney, Mark E. Woolf, Esq, that plaintiff Saticoy Bay shall have

18  until

19  / / /

20  / / /

21  / / /

1

1
2  March 11, 2022 to file it's opposition to the United States' motion to dismiss (ECF 7)
3       This is the second extension for this brief.
4       This extension is being requested because the parties are discussing resolution of the case.
5       DATED this 2nd day of March 2022
6
7  LAW OFFICES OF                                UNITED STATES ATTORNEY
   MICHAEL F. BOHN, ESQ. LTD.
8
9  By: /s/ *Michael F. Bohn, Esq.*              By: /s/ / *Mark E. Woolf Esq./*
       Michael F. Bohn, Esq.                        Mark E. Woolf, Esq.
10     2260 Corporate Circle, Suite 480             501 Las Vegas Boulevard So., # 1100
       Henderson, Nevada 89074                      Las Vegas, Nevada 89101
11     Attorney for defendant Saticoy Bay           Attorney for defendant United States

12       IT IS SO ORDERED this  3rd  day of March 2022
13
14
15                                             _____
                                               UNITED STATES DISTRICT COURT JUDGE
16
17  Respectfully submitted by:
18  LAW OFFICES OF
    MICHAEL F. BOHN, ESQ. LTD.
19
20  By: /s/ *Michael F. Bohn, Esq.*
        Michael F. Bohn, Esq.
21      2260 Corporate Circle, Suite 480
        Henderson, Nevada 89074
22      Attorney for defendant Saticoy Bay
23
24
25
26
27
28                                    2